Usama Kahf (SBN 266443)
    E-Mail: ukahf@fisherphillips.com
Sean T. Kingston (SBN 276099)
    E-Mail: skingston@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MORTGAGE BANKERS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,<br><br>    Defendant. | CASE NO.: 5:24−cv−01809 MRA (SHKx)<br><br>*[Removed from Riverside County Superior Court]*<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: July 12, 2024<br>Trial Date: None. |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Nationwide Mortgage Bankers, Inc. and Defendant Paramount Residential Mortgage Group, Inc. (the "Parties") have reached a settlement in this matter, pending memorialization of the Parties' agreement and completion of certain terms of the confidential settlement agreement.

The Parties request that the Court stay all proceedings and attendant filing deadlines for 30 days, including the Hearings on Plaintiff's Motion to Remand (ECF No. 15) and Defendant's Motion to Transfer Venue (ECF No. 16) pending final settlement in this matter.

DATE: October 7, 2024         FISHER & PHILLIPS LLP

                              By: /s/ Usama Kahf
                              Usama Kahf
                              Sean T. Kingston
                              Attorneys for Defendant
                              PARAMOUNT RESIDENTIAL
                              MORTGAGE GROUP, INC.


DATE: October 7, 2024         RIMON, P.C.


                              By: /s/ Christopher J. Kelly
                              Christopher J. Kelly
                              Attorneys for Plaintiff
                              NATIONWIDE MORTGAGE BANKERS, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
PROOF OF SERVICE

FP 52482585.1